■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW YOUNG, Appellant.—Judgment, Supreme Court, New York County (Stephen Crane, J.), rendered June 29, 1988, convicting defendant of robbery in the first and second degrees (Penal Law § 160.15 [3]; § 160.10 [1]) and sentencing him to two concurrent indeterminate terms of imprisonment, unanimously affirmed.

On this appeal, we do not reach defendant's arguments concerning jail time credits. Those concerns are appropriately addressed in a CPLR article 78 proceeding. *(See generally, People ex rel. Davis v Arnette,* 57 AD2d 562, *affd* 44 NY2d 877.)* Concur—Rosenberger, J. P., Kassal, Ellerin, Smith and Rubin, JJ.